IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ENA RENE JOHNSON, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| V. | § § | No. 3:18-cv-187-B |
| AUTO NATION, | § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: MAY 21, 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE